IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01124-PAB-MEH

RAYMOND R. MUNOZ,

    Plaintiff,

v.

CITYWIDE BANKS OF COLORADO, INC., a corporation doing business in Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2009.**

    The Stipulated Motion for Protective Order [filed September 3, 2009; docket #20] is **granted**.  The Stipulated Protective Order is filed contemporaneously with this minute order.