IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01124-PAB-MEH

RAYMOND R. MUNOZ,

    Plaintiff,

v.

CITYWIDE BANKS OF COLORADO, INC., a corporation doing business in Colorado,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2010.**

    In light of the parties' notice of settlement of this case (*see* docket #62), Plaintiff's Motion to Compel Discovery from Defendant [filed June 28, 2010; docket #57] and Defendant's Petition for Attorney's Fees [filed July 6, 2010; docket #60] are **denied as moot**.